CLEVELAND BAR ASSOCIATION ET AL. v. KELLEY.

[Cite as Cleveland Bar Assn. v. Kelley (1994), 71 Ohio St.3d 147.]

148

(No. 94–895—Submitted October 25, 1994—Decided December 14, 1994.)

*Stanley E. Stein, Edward J. Maher* and *Michael T. Honohan,* for relators.
*Elliott R. Kelley, pro se.*

*Per Curiam.* We concur with the board's findings, conclusions and recommendations. Accordingly respondent is suspended from the practice of law in Ohio for two years, but one year of that suspension is held in abeyance, and respondent will be placed on probation during that year upon the conditions recommended by the board. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.